[No. 36573-1-II. Division Two. May 28, 2008.]

CAROLYN HEATH, *Appellant*, v. HOME DEPOT U.S.A., INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 05-2-09549-6, John R. Hickman, J., entered June 8, 2007. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Van Deren, A.C.J., concurred in by Hunt and Penoyar, JJ.

[Nos. 25177-2-III; 25035-1-III. Division Three. May 29, 2008.]

SPOKANE COUNTY ET AL., *Respondents*, v. KATHY MIOTKE ET AL., *Petitioners*.

SPOKANE COUNTY, *Respondent*, v. JULIA McHUGH ET AL., *Petitioners*, GREG JEFFREYS ET AL., *Respondents*.

Appeals from decisions of the Eastern Washington Growth Management Hearings Board, Nos. 05-1-0004 and 05-1-0007, Dennis Dellwo, John Roskelley, and Judy Wall, Hearing JJ., entered December 16, 2005 and February 14, 2006. *Dismissed* by unpublished per curiam opinion.

[Nos. 26338-0-III; 26339-8-III. Division Three. May 29, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS MELVIN CROOK, *Appellant*.

Appeals from judgments of the Superior Court for Spokane County, Nos. 05-1-02419-5 and 01-1-01963-6, Michael P. Price and Neal Q. Rielly, JJ., entered April 13, 2007. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kulik, A.C.J., and Sweeney, J. Now published at 146 Wn. App. 24.